USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

FELIX SOSA, FELIPE LAZARO, and
RUBEN HEREDIA, on behalf of themselves and others
similarly situated,

       Plaintiffs,

 -against-

CHIA FOOD CORP. d/b/a RANGOLI EXQUISITE
INDIAN CUISINE, LAWRENCE MICHAEL, and
JOHN DOES 1-10,

       Defendants.

------------------------------------------------------------------X

Case No. 17-CV-1401
(JLC)

**STIPULATION AND
ORDER OF DISMISSAL**

  WHEREAS, on February 24, 2017, Plaintiffs filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

  WHEREAS, although commenced as a putative collective action under the FLSA, Plaintiffs did not seek certification and no individuals received notice of this action;

  WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

  WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
March 5, 2018

| | |
|---|---|
| CILENTI & COOPER, PLLC<br>*Attorneys for Plaintiffs*<br>708 Third Avenue – 6th Floor<br>New York, New York 10017<br>(212) 209-3933 | HANG & ASSOCIATES, PLLC<br>*Attorneys for Defendants*<br>136-20 38th Avenue, Suite 10G<br>Flushing, New York 11354<br>(718) 353-8588 |
| By: _____<br>Justin Cilenti | By: _____<br>William Brown |

SO ORDERED:

_____
Hon. James L. Cott, U.S.M.J.

3/5/18